USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 9, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHANSO MARSHALL,

                Plaintiff,

– against –

GARDEN STATE ENGINE & EQUIPMENT COMPANY, INC., and BARRY M BROWN,

                Defendants.

**ORDER**

16 Civ. 8774 (ER)

Ramos, D.J.:

On November 11, 2016, the above-captioned matter was removed to this Court from Supreme Court, County of Bronx. Doc. 1. On January 18, 2017, defendants filed a notice of consent to change attorney. Doc. 6. There has been no communication from the parties since then.

The parties are ORDERED to file a status report by May 2, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

        SO ORDERED.

Dated:    April 9, 2020
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.