**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALPHANSO MARSHALL,
                         Plaintiff,

      -against-                                                 16 **CIVIL** 8774 (ER)

                                                                       **JUDGMENT**

GARDEN STATE ENGINE & EQUIPMENT
COMPANY, INC. and BARRY M. BROWN,
                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2020, by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed against all the defendants Garden State Engine & Equipment Company, Inc., and Barry M. Brown pursuant to the Federal Rules of Civil the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Judgment is hereby entered and the case is closed.

**Dated:**  New York, New York
         September 29, 2020

                                                      **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                         **BY:**     *K. Mango*
                                                      **Deputy Clerk**